IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Charles Laughnor, Jr. v. Pfizer, Inc. and Pharmacia & Upjohn Company, Inc.<br>Case No. 1:16-cv-02158 | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |

## STIPULATION OF DISMISSAL
## WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Charles Laughnor, Jr. and counsel for Defendants Pfizer Inc. and Pharmacia & Upjohn Company LLC that the above-captioned Complaint is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), subject to the following conditions:

1. Plaintiff agrees to dismiss all claims against Defendants;

2. Plaintiff has not previously dismissed an action based on or including the same claims as those present in this case;

3. Should Plaintiff or a representative of Plaintiff attempt to re-file or assert any of the same or similar claims against Defendants (or any individual or entity related to Defendants) in another action, they shall: (a) do so only by filing said claims in federal court, (b) not name any defendant(s) who would destroy the federal court's diversity jurisdiction, and (c) not oppose transfer to this MDL No. 2545.

Each party agrees to bear its own costs and attorneys' fees.

1

Dated: May 18, 2016

| WAGSTAFF & CARTMELL, LLP | DLA PIPER LLP (US) |
|---|---|
| By: */s/ David C. Degreeff* <br>　David C. Degreeff <br>　4740 Grand Avenue, Suite 300 <br>　Kansas City, MO 64112 <br>　(816) 701-1100 <br>　ddegreeff@wcllp.com <br><br>　*Attorneys for Plaintiff* | By: */s/ Cara D. Edwards* <br>　Loren H. Brown <br>　Cara D. Edwards <br>　1251 Avenue of the Americas <br>　New York, NY 10020 <br>　(212) 335-4500 <br>　loren.brown@dlapiper.com <br>　cara.edwards@dlapiper.com <br><br>　Matthew A. Holian <br>　Jessica C. Wilson <br>　33 Arch Street, 26th Floor <br>　Boston, MA 02110 <br>　(617) 406-6009 <br>　matt.holian@dlapiper.com <br>　jessica.wilson@dlapiper.com <br><br>　*Attorneys for Defendants* |